**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Francisco VALENCIA–VILLA,
Defendant–Appellant.**

**No. 15–10467
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

James Matthew Wright, Assistant Federal Public Defender, Federal Public Defender's Office, Amarillo, TX, Charles M. Bleil, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Francisco Valencia–Villa raises an argument that is foreclosed by *United States v. Hernandez*, 633 F.3d 370, 374 (5th Cir.2011), which held that a sentence within the statutory maximum that is based upon judicially found facts does not violate the Sixth Amendment. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.